UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: EDCR16-0045-JGB |
|---|---|
| Plaintiff, | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| v. | |
| DESIREE DAWN VILLAREAL, | |
| Defendant. | |

  The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the CENTRAL District of CALIFORNIA for alleged violation(s) of the terms and conditions of probation or supervised release; and

  Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

  (X) information in the Pretrial Services Report and Recommendation
  (X) information in the violation petition and report(s)
  () the defendant's nonobjection to detention at this time
  (X) other: Allegations of absconding

1

| | |
|---|---|
| 1 | and/ or |
| 2 | B. ()  The defendant has not met his/her burden of establishing by clear and |
| 3 | convincing evidence that he/she is not likely to pose a danger to the safety of |
| 4 | any other person or the community if released under 18 U.S.C. § 3142(b) or |
| 5 | (c).  This finding is based on the following: |
| 6 | ()     information in the Pretrial Services Report and Recommendation |
| 7 | ()     information in the violation petition and report(s) |
| 8 | ()     the defendant's nonobjection to detention at this time |
| 9 | ()     other: |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: November 27, 2018

_____
KENLY KIYA KATO
United States Magistrate Judge